■ ARMAND CERRONE, INC., Plaintiff, v SICOLI & MASSARO, INC., Defendant and Third-Party Plaintiff-Respondent. VASILE CONSTRUCTION CORPORATION, Third-Party Defendant-Appellant. (Appeal No. 2.) [626 NYS2d 707] —Judgment unanimously affirmed with costs. Same Memorandum as in *Armand Cerrone, Inc. v Sicoli & Massaro* (214 AD2d 968 [decided herewith]). (Appeal from Judgment of Supreme Court, Niagara County, Mintz, J.—Indemnification.) Present—Denman, P. J., Green, Fallon, Balio and Boehm, JJ.